ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                      )
                                                 )
Alpha Marine Services, LLC                       )    ASBCA No. 63181
                                                 )
Under Contract No. N62387-15-C-2100              )

APPEARANCES FOR THE APPELLANT:        Daniel R. Weckstein, Esq.
                                      Anthony J. Mazzeo, Esq.
                                        Woods Rogers Vandeventer Black PLC
                                        Norfolk, VA

APPEARANCES FOR THE GOVERNMENT:       Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Christine E.G. McMurdo, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 21, 2023

_____
RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63181, Appeal of Alpha Marine Services, LLC, rendered in conformance with the Board's Charter.

Dated:  July 24, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services